Jared B. Pearson, JD (12200)
**EVELAND & ASSOCIATES, PLLC.**
8833 SOUTH REDWOOD ROAD, SUITE C
WEST JORDAN, UTAH 84088
Tel:  (801) 676-5506
Fax: (801) 676-5508
Attorneys for West Jordan Tunex;
Kearns Tunex; Murray Tunex;
Draper Tunex; Heber Tunex; and
West Valley Tunex.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

_____

| In re: | ) | Case No. 14-30208 |
| --- | --- | --- |
|  | ) |  |
| TNX Automotive Services, LLC, | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) | Honorable Judge R. Kimball Mosier |
|  | ) |  |

_____

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF OPPORTUNITY FOR HEARING (OBJECTION DEADLINE: NOVEMBER 5, 2014)**
_____

**PLEASE TAKE NOTICE** that West Jordan Tunex; Kearns Tunex; Murray Tunex; Draper Tunex; Heber Tunex; and West Valley Tunex (jointly "Tunex Creditors") have filed with the United States Bankruptcy Court for the District of Utah, a Motion for Relief from the Automatic Stay (Motion).

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

The Tunex Creditors' Motion is seeking to allow them to proceed on their equitable claims against the Debtor in the two (2) court cases filed and pending in the Third District Court, Salt Lake County, State of Utah.

1

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion, then:

(1) On or before **November 5, 2014** you or your lawyer must file with the Bankruptcy Court a written objection to the Motion explaining your position at the following address:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **November 5, 2014**.  You must also mail a copy to Jared Pearson at 8833 South Redwood Road, Suite C, West Jordan, Utah 84088.

(2) Attend the hearing on the Motion which is set for **November 12, 2014 at 10:00 a.m.** in the Courtroom of the Judge assigned to this case, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.  **There will be no further notice of hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the relief requested without hearing.

DATED this 14th day of October, 2014.

                                                              **EVELAND & ASSOCIATES, PLLC**

                                                              __/s/Jared B. Pearson_____
                                                              Jared B. Pearson, JD
                                                              Attorneys for West Jordan Tunex;

        Kearns Tunex; Murray Tunex;
Draper Tunex; Heber Tunex; and
West Valley Tunex.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am employed in the law firm of Eveland & Associates, PLLC and that I served a true and correct copy of the foregoing document by sending a copy of the same to the parties listed below via U.S. mail, postage prepaid or via the ECF system of the court:

Chapter 7 Trustee
VIA ECF

United States Trustee
VIA ECF

Nick Butterfield
13861 April Moon Cove
Herriman, UT 84096

Boyd V Enniss
67 West 7500 South
Midvale, UT 84047

Larry R Hendricks
1107 Eaglewood Loop
North Salt Lake City, UT 84054

TNX Automotive Services, LLC
PO Box 256
Riverton, UT 84065

      DATED this 14th day of October, 2014.

                                                 /s/Lea Mendez
                                            Lez Mendez