UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    TNX Automotive Services, LLC
        Debtor(s).

Case No. 14–30208
Chapter 7

FILED IN THE UNITED STATES BANKRUPTCY COURT
2014 OCT 16 A 11:07
DISTRICT OF UTAH MAIL

## CERTIFICATE OF SERVICE OF PROCESS
## OF INVOLUNTARY PETITION

I [name] __Nick Butterfield__,

of [address] __PO Box 256 Riverton Utah 84065__

certify that at all times hereinafter mentioned, I was not less than 18 years of age, and not a party to the matter concerning which the service of process was made; and further certify the Summons dated September 26, 2014, along with a copy of the involuntary petition filed were made on

[date served] __Oct 2, 2014__

Upon the debtor in this case by [describe here the name of person served and the mode of service]


Upon the said debtor at [enter location]


I certify under penalty of perjury that the forgoing is true and correct.

__10-8-2014__
Executed on

Signature
Print Name __Nick Butterfield__
__PO BOX 256 Riverton UT 84065__
Business Address

City/State/Zip


Note: Once service of process if complete, file this form with the court at the following address.

U.S. Bankruptcy Court, District of Utah
Frank E. Moss Courthouse
350 S. Main Street #301
Salt Lake City, UT 84101



000854     77004000854023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    TNX Automotive Services, LLC  
        Debtor(s).

Case No. 14–30208  
Chapter 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

    A petition under title 11, United States Code was filed against you on **September 26, 2014** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file a motion or answer to the petition which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of service of this summons.

    Address of Clerk:    David A. Sime, Clerk of Court  
                                U.S. Bankruptcy Court, District of Utah  
                                Frank E. Moss Courthouse  
                                350 S. Main Street #301  
                                Salt Lake City, UT 84101

    At the same time, you must also serve a copy of your motion or answer upon the petitioner and/or petitioner's attorney:

                        Nick Butterfield  
                        13861 April Moon Cove  
                        Herriman, UT 84096

                        Boyd V Enniss  
                        67 West 7500 South  
                        Midvale, UT 84047

                        Larry R Hendricks  
                        1107 Eaglewood Loop  
                        North Salt Lake City, UT 84054

    If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

    **IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within fourteen (14) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Date issued: September 26, 2014

000854                                                          77004000854014