**The below described is SIGNED.**

**Dated: October 30, 2014**



R. KIMBALL MOSIER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number 14-30208 |
|---|---|
| TNX Automotive Services, LLC, | Involuntary Chapter 7 |
| Debtor. | Judge R. Kimball Mosier |

**Order Directing Petitioning Creditors to Appear and Show
Cause Why Debtor's Case Should Not be Dismissed for Lack of Prosecution**

This Chapter 7 involuntary bankruptcy proceeding was commenced on September 26, 2014, by petitioning creditors, Nick Butterfield, Boyd V. Enniss, Larry R. Hendricks and Boyd R. Sorenson (Petitioning Creditors).  The involuntary petition was filed the Petitioning Creditors, a summons was issued by the Clerk of Court, and a review of the case docket shows no action is taken to advance the case toward adjudication of the involuntary proceeding by serving the involuntary summons and complaint upon the involuntary debtor. Therefore,  it is hereby

ORDERED, that the Petitioning Creditors shall appear and show cause why this involuntary bankruptcy proceeding should not be dismissed for want of prosecution, and it is further

ORDERED that the hearing on the Court's Order to Show Cause shall come before the Court on the 19th day of November, 2014 at 10:30 a.m. in Room 369, United States Courthouse, 350 South Main Street, Salt Lake City, UT.

-------------------------------------------END OF DOCUMENT-------------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order to Show Cause** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| Brandon T Crowther | btc@prestonandscott.com |
| T. Edward Cundick | tec@princeyeates.com, heidi@princeyeates.com; docket@princeyeates.com |
| John T. Morgan tr | john.t.morgan@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov |
| Jared B. Pearson | jaredpearson78@gmail.com, lea@evelandlawfirm.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

TNX Automotive Services, LLC
PO Box 256
Riverton, UT 84065

Nick Butterfield
13861 April Moon Cove
Herriman, UT 84096

Boyd V Enniss
67 West 7500 South
Midvale, UT 84047

Larry R Hendricks
1107 Eaglewood Loop
North Salt Lake City, UT 84054

Boyce R. Sorenson
3316 West 4305 South