*PD's Legal Process*
*&*
*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office: 964-9393  Fax: 964-9353
Cell: 347-1038

10/31/2014

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2014 OCT 31 PM 1:41

DISTRICT OF UTAH

*Return of Service*

| ROS# 120003      | BOYD V ENNISS        |
|------------------|----------------------|
| Rcvd: 10/31/2014 | 67 w 7500 so.        |
|                  | Midvale, Ut 84047    |
| Attn: Boyd       |                      |

| Case: 14-30208 | Civil# | Doc# |
|---|---|---|

**Plaintiff(s)**            VS    **Defendant(s)**
BOYD V ENNISS                     TNX AUTOMOTIVE SERVICE LLC

---

**Process:** SUMMONS to Debtor involuntary case
**To:** TNX AUTOMOTIVE SERVICE LLC

The undersigned Person Hereby Certifies:
I am, at the time of service, a duly qualified Process server / Private investigator over 21 years of age and am not a party to the above action being taken. I have endorsed each copy served with the date, time and my signature.

**Title:** Process Server and/or Private Investigator

I Served:  NICK BUTTERFIELD; Reg. Agent
Date: 10/31/2014        Time: 1248
Address: 2195 w 5400 so. ste. 110 Taylorsville Ut. 84129
Phone:                  Work:

DeAnn Oram, Private Investigator - A103455

**Type of Service:** DESIGNATED TO ACCEPT SERVICE. / Authorized to accept

Subscribed and Sworn Before Me This 31st Day of October 2014

Notary public residing in Salt Lake County. My commission expires 02/03/2015

| Service fee: $ 0.00 | Milage Fee: $ 0.00 | Other Fee: $ 0.00 | Rush Fee: $ 0.00 |
| Addresses: 0 | Attempts: 0 | Attempts Charged: 0 | Total Mileage: 0 |

**Total Due:** $ 0.00

Comments:

LINDA ALVEY
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/03/2015
Commission # 605621

1

[Form b250e][Summons to Debtor Invol BK]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

TNX Automotive Services, LLC
Debtor(s).

Case No. 14–30208
Chapter 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on **September 26, 2014** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file a motion or answer to the petition which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of service of this summons.

Address of Clerk:    David A. Sime, Clerk of Court
U.S. Bankruptcy Court, District of Utah
Frank E. Moss Courthouse
350 S. Main Street #301
Salt Lake City, UT 84101

TIME 1248  DATE 10-31-14
SERVED Nick Butterfield
RELATIONSHIP Reg. Agent
ADDRESS 2415 W. 5400 So. Ste 110
SERVER
D's LEGAL PROCESS LLC    964-9393

At the same time, you must also serve a copy of your motion or answer upon the petitioner and/or petitioner's attorney:

Nick Butterfield
13861 April Moon Cove
Herriman, UT 84096

Boyd V Enniss
67 West 7500 South
Midvale, UT 84047

Larry R Hendricks
1107 Eaglewood Loop
North Salt Lake City, UT 84054

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within fourteen (14) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Date issued: September 26, 2014

000854                    7 7004 000854 014

[Form b250e][Summons to Debtor Invol BK]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

TNX Automotive Services, LLC
Debtor(s).

Case No. 14−30208
Chapter 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on **September 26, 2014** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file a motion or answer to the petition which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of service of this summons.

Address of Clerk:    David A. Sime, Clerk of Court
U.S. Bankruptcy Court, District of Utah
Frank E. Moss Courthouse
350 S. Main Street #301
Salt Lake City, UT 84101

TIME 1248    DATE 12-31-14
SERVED Nick Butterfield
RELATIONSHIP Reg. Agent
ADDRESS [illegible]
SERVER [signature]
ID'S LEGAL PROCESS LLC    964-9393

At the same time, you must also serve a copy of your motion or answer upon the petitioner and/or petitioner's attorney:

Nick Butterfield
13861 April Moon Cove
Herriman, UT 84096

Boyd V Enniss
67 West 7500 South
Midvale, UT 84047

Larry R Hendricks
1107 Eaglewood Loop
North Salt Lake City, UT 84054

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within fourteen (14) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Date issued: September 26, 2014

*[signature: David A. Sime]*

David A. Sime
Clerk of Court

This page intentionally left blank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    TNX Automotive Services, LLC  
    Debtor(s).

Case No. 14-30208  
Chapter 7

CERTIFICATE OF SERVICE OF PROCESS
OF INVOLUNTARY PETITION

I *[name]* _____,

of *[address]* _____

certify that at all times hereinafter mentioned, I was not less than 18 years of age, and not a party to the matter concerning which the service of process was made; and further certify the Summons dated September 26, 2014, along with a copy of the involuntary petition filed were made on

*[date served]* _____

Upon the debtor in this case by *[describe here the name of person served and the mode of service]*

Upon the said debtor at *[enter location]*

I certify under penalty of perjury that the forgoing is true and correct.

Executed on _____  Signature _____

                                         Print Name _____

                                         Business Address _____

                                         City/State/Zip _____

Note: Once service of process if complete, file this form with the court at the following address.

U.S. Bankruptcy Court, District of Utah  
Frank E. Moss Courthouse  
350 S. Main Street #301  
Salt Lake City, UT 84101

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 14-30208
TNX Automotive Services, LLC                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: mtm              Page 1 of 1           Date Rcvd: Sep 26, 2014
                              Form ID: b250e         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2014.
db            +TNX Automotive Services, LLC,    PO Box 256,    Riverton, UT 84065-0256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2014 at the address(es) listed below:
          . John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee  john.t.morgan@usdoj.gov,
            James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
            United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                TOTAL: 2