# NOTICE OF ASSETS AND DEADLINE TO FILE A PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

Honorable R. Kimball Mosier, U.S. Bankruptcy Judge

| CASE NUMBER: 14–30208 | DATE FILED (OR CONVERTED): 9/26/14 |
|---|---|
| NAME OF DEBTOR(S):<br>TNX Automotive Services, LLC, | ADDRESS OF DEBTOR:<br>PO Box 256<br>Riverton, UT 84065 |
| DEBTOR'S ATTORNEY:<br>TNX Automotive Services, LLC<br>PO Box 256<br>Riverton, UT 84065 | TRUSTEE:<br>Mary M. Hunt tr<br>Dorsey & Whitney<br>136 S. Main Street<br>Suite 1000<br>Salt Lake City, UT 84101<br><br>(801) 933–7360 |

The Court has been advised by the Trustee in the above case that money may become available for payment to creditors.

If you have not already filed a claim in the above case and wish to do so, you should file your claim with the Court as soon as possible. The claim form appearing on the opposite side of this notice, properly completed, must reach the address below on or before:

April 10, 2015

The place to file the proof of claim, either in person or by mail, is the Office of the Clerk of the Bankruptcy Court.

Clerk, U.S. Bankruptcy Court
Attn: Claims Department
350 South Main #301
Salt Lake City, UT 84101

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

DATED: 1/8/15

FOR THE COURT
David A. Sime, Clerk

Form BLN

This page intentionally left blank

| UNITED STATES BANKRUPTCY COURT District of Utah | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>TNX Automotive Services, LLC | Case Number:<br>14–30208 | |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.* | | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | | **COURT USE ONLY** |
| Name and address where notices should be sent:<br><br>Telephone number:          email: | | ☐ Check this box if this claim amends a previously filed claim.<br>**Court Claim Number:** _____<br>(*If known*)<br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number:          email: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

| **1. Amount of Claim as of Date Case Filed:**  $_____<br>If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.<br>☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. |
|---|

| **2. Basis for Claim:** _____ (See instruction #2) |
|---|

| **3. Last four digits of any number by which creditor identifies debtor:**<br>___ ___ ___ ___ | **3a. Debtor may have scheduled account as:**<br>_____<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __<br>(See instruction #3b) |
|---|---|---|

| **4. Secured Claim** (See instruction #4)<br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.<br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br>**Value of Property:** $ _____<br>**Annual Interest Rate (when case was filed)** _____ %  ☐ Fixed or ☐ Variable | **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**<br>$ _____<br>**Basis for perfection:** _____<br>**Amount of Secured Claim:** $ _____<br>**Amount Unsecured:**       $ _____ |
|---|---|

| **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.** | | | |
|---|---|---|---|
| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5). | **Amount entitled to priority:** |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___). | $_____ |
| *Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. | | | |

| **6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) |
|---|

| **7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open–end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*<br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: |
|---|

| **8. Signature:** (See instruction #8) Check the appropriate box. | | | |
|---|---|---|---|
| ☐ I am the creditor. | ☐ I am the creditor's authorized agent. | ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) | ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.) |
| I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.<br>Print Name: _____<br>Title: _____<br>Company: _____<br>Address and telephone number (if different from notice address above):<br>_____<br>_____                       _____<br>                                                                                                         (Signature)                            (Date)<br>Telephone number:          email: | | | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24–character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non–priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open–end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____     _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101(10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social–security, individual's tax–identification, or financial–account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

```
                                  United States Bankruptcy Court
                                         District of Utah
In re:                                                                                 Case No. 14-30208-RKM
TNX Automotive Services, LLC                                                           Chapter 7
             Debtor
                                       CERTIFICATE OF NOTICE
District/off: 1088-2           User: mtm                   Page 1 of 2                   Date Rcvd: Jan 08, 2015
                               Form ID: bln                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
db          +TNX Automotive Services, LLC,    PO Box 256,   Riverton, UT 84065-0256
aty         +Blake D. Miller,   Miller Toone, P.C.,   165 Regent Street,    Salt Lake City, UT 84111-1903
aty         +Brandon T Crowther,   Preston & Scott, LLC,    111 E. Broadway,   Salt Lake City, UT 84111-5203
aty         +Jared B. Pearson,   Eveland & Associates, PLLC,    8833 Redwood Rd.,   Suite C,
              West Jordan, UT 84088-9285
aty         +Lon A. Jenkins,   Dorsey & Whitney LLP,   136 South Main St.,    Suite 1000,
              Salt Lake City, UT 84101-1685
aty         +T. Edward Cundick,   Prince, Yeates & Geldzahler,    15 West South Temple,    Suite 1700,
              Salt Lake City, UT 84101-1549
ptcrd       +Boyce R. Sorenson,   3316 West 4305 South,   West Valley City, UT 84119-5736
ptcrd       +Boyd V Enniss,   67 West 7500 South,   Midvale, UT 84047-2041
cr          +Kearns Tunex,   8833 South Redwood Road, Suite C,    West Jordan, Ut 84088-9285
ptcrd       +Larry R Hendricks,   1107 Eaglewood Loop,   North Salt Lake City, UT 84054-3361
cr          +Sherman L. Kearl,   c/o Preston & Scott,   111 E. Broadway, Suite 1200,
              Salt Lake City, UT 84111-5203
cr          +Zions First National Bank,   c/o T. Edward Cundick,    15 W. South Temple,    Suite 1700,
              Salt Lake City, UT 84101-1549
9616614     +1031 Property Care,   PO Box 971043,   Orem, UT 84097-1043
9616615      Alidata,   PO Box 848379,   Dallas, TX 75284-8379
9616616     +Boyce and Barbara Sorensen,   3316 West 4305 South,    West valley, UT 84119-5736
9616618      Boyer Company,   90 South 400 West Suite 200,   Salt Lake City, UT 84101-1365
9616620     +Carl Family Trust,   1820 South Escondido Blvd,    Escondido, CA 92025-6500
9616619      Comcast,   PO Box 34744,   Seattle, WA 98124-1744
9616621      Dental Select,   PO Box 29661-2035,   Phoenix, AZ 85038-9661
9571757     +Dr. Sherman L. Kearl,   c/o Preston & Scott,    111 E. Broadway, Suite 1200,
              Salt Lake City, UT 84111-5203
9616625     +HM Investments Inc.,   PO Box 65727,   Salt Lake City, UT 84165-0727
9616626     +Internal Revenue Service,   173 East 100 North,    Provo, UT 84606-3143
9616627      Judy Harris Trust,   18 Paradise Cove,   Alpine, UT 84004-1961
9616628     +Kearl Family Trust,   1861 Rosemere Ct,   Las vegas, NV 89117-2061
9616632     +Larry Hendricks,   1107 Eaglewood Loop North,   Salt Lake, UT 84054-3361
9616633     +Nick Butterfield,   13861 April Moon Cove,   Herriman, UT 84096-1777
9616634     +Nielson Industrial Plaza LLC,   12608 S. 125 W. Suite # A,    Draper, Utah 84020-8440
9616636    ++PACIFICORP,   ATTN BANKRUPTCY,   PO BOX 25308,   SALT LAKE CITY UT 84125-0308
             (address filed with court: Rocky Mountain Power,    PO Box 26000,   Portland, Oregon 97256-0001)
9616635      Questar Gas Company,   PO Box 45841,   Salt Lake City, UT 84139-0001
9616637     +Rocky Mountain Voice & Data,   PO Box 1253,   Centerville, UT 84014-5253
9616638     +Roderick Enterprises,   1214 Vine Street,   Salt Lake City, UT 84121-1738
9571758     +Sherman Kearl Family Trust,   c/o Preston & Scott,    111 E. Broadway, Suite 1200,
              Salt Lake City, UT 84111-5203
9616639     +Sky Cedar Properties Inc.,   585 West 500 South Suite 110,    Bountiful, UT 84010-8298
9616640     +Stephen Bonney,   2885 Apple Blossom Lane,   Salt Lake City, UT 84117-4603
9616641     +Tunex Real Estate Holding #1,,   1107 Eaglewood Loop,    North Salt Lake, UT 84054-3361
9552149     +WJ; Kearns; Murray; Draper;,   Heber; West Valley Tunex.,    c/o Eveland & Associates, PLLC,
              8833 South Redwood Road, Suite C,   West Jordan, Utah 84088-9285
9616643      Wells Fargo Financial Leasing,   PO Box 6434,    Carol Stream, IL 60197-6434
9616644    ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court: Zions Bank,   PO Box 25822,   Salt Lake City, UT 84125-0822)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BMMHUNT.COM Jan 09 2015 00:43:00      Mary M. Hunt tr,   Dorsey & Whitney,
              136 S. Main Street,   Suite 1000,   Salt Lake City, UT 84101-1685
9616622      E-mail/Text: vendorsupport@dexknows.com Jan 09 2015 00:39:27      Dex Media,   PO Box 78041,
              Phoenix, AZ 85062-8041
9616623      E-mail/Text: pocatello_spo@farmersinsurance.com Jan 09 2015 00:39:45
              Farmers Insurance Exchange,   PO Box 660665,   Dallas, TX 75266-0665
9616629      EDI: USBANKARS.COM Jan 09 2015 00:43:00      Key Bank,   PO Box 790408,
              St Louis, MO 63179-0408
9616642      EDI: UTAHTAXCOMM.COM Jan 09 2015 00:43:00      Utah State Tax Commission,   210 North 1950 West,
              Salt Lake City, UT 84134-0400
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptcrd*      +Nick Butterfield,   13861 April Moon Cove,   Herriman, UT 84096-1777
cr*         +Sherman Kearl Family Trust,   c/o Preston & Scott,    111 E. Broadway, Suite 1200,
              Salt Lake City, UT 84111-5203
9616624*     Farmers Insurance Exchange,   PO Box 660665,   Dallas, TX 75266-0665
9616630*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Key Bank,   PO Box 790408,   St Louis, MO 63179-0408)
9616631*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Key Bank,   PO Box 790408,   St Louis, MO 63179-0408)
```

```
District/off: 1088-2          User: mtm              Page 2 of 2             Date Rcvd: Jan 08, 2015
                              Form ID: bln           Total Noticed: 43

9616617      ##+Boyd Enniss,   270 East 200 South,   Orem, UT 84058-5553
                                                                              TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2015 at the address(es) listed below:

```
              Blake D. Miller    on behalf of Creditor    Paskett Auto Care, LLC miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Blake D. Miller    on behalf of Creditor    Performance Auto III, LLC miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Blake D. Miller    on behalf of Creditor    HPE, Inc. miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Blake D. Miller    on behalf of Creditor    Performance Auto II, LLC miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Blake D. Miller    on behalf of Creditor    Performance Auto Limited miller@millertoone.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Brandon T Crowther     on behalf of Creditor Sherman L. Kearl btc@prestonandscott.com
              Brandon T Crowther     on behalf of Creditor    Sherman Kearl Family Trust btc@prestonandscott.com
              Jared B. Pearson    on behalf of Creditor    Murray Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              Jared B. Pearson    on behalf of Creditor    Draper Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              Jared B. Pearson    on behalf of Creditor    Kearns Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              Jared B. Pearson    on behalf of Creditor    Heber Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              Jared B. Pearson    on behalf of Creditor    Sandy Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              Jared B. Pearson    on behalf of Creditor    West Jordan Tunex jaredpearson78@gmail.com,
               lea@evelandlawfirm.com
              John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              Lon A. Jenkins     on behalf of Trustee Mary M. Hunt tr jenkins.lon@dorsey.com,
               lalor.carol@dorsey.com
              Mary M. Hunt tr    hunttrustee@gmail.com,   hunt.peggy@dorsey.com;UT18@ecfcbis.com
              T. Edward Cundick    on behalf of Creditor    Zions First National Bank tec@princeyeates.com,
               heidi@princeyeates.com;docket@princeyeates.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 18
```