Lon A. Jenkins (Utah State Bar No. 4060)
Peggy Hunt (Utah State Bar No. 6060)
Megan K. Baker (Utah State Bar No. 15086)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jenkins.lon@dorsey.com
       hunt.peggy@dorsey.com
       baker.megan@dorsey.com

*Attorneys for Peggy Hunt, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankr. Case No. 14-30208 |
| TNX Automotive Services, LLC, | Chapter 7 |
| Debtor. | The Honorable R. Kimball Mosier |

## MOTION TO APPROVE (1) SALE OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b) AND (f) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004 WITH SALE BEING SUBJECT TO HIGHER AND BETTER OFFERS, AND (2) AUTHORIZATION TO PAY ASSOCIATED MOVING AND STORAGE FEES

Pursuant to 11 U.S.C. § 363 (b) and (f)  as well as Federal Rule of Bankruptcy Procedure 6004, Peggy Hunt, Chapter 7 Trustee (the "Trustee" or "Seller") in the above-captioned bankruptcy case of TNX Automatic Services, LLC ("TNX" or "Debtor"), by and through undersigned counsel, moves this Court for an Order granting this *Motion to Approve (1) Sale of Personal Property Pursuant to 11 U.S.C § 363(b) and (f) and Federal Rule of Bankruptcy Procedure 6004 with Sale Being Subject to Higher and Better Offers, and (2) Authorization to Pay Associated Moving and Storage Fees* ("Motion").  This Motion is supported by the

1

4817-5476-7139\1

Declaration of Peggy Hunt (the "Hunt Declaration") which is filed concurrently herewith. In further support hereof, the Trustee states as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

### *General*

3.      Seller is the court-appointed trustee under Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code"), of the Debtor that was the subject of an involuntary Chapter 7 petition filed under the Bankruptcy Code on September 26, 2014 (the "Petition Date"), in the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Case").

4.      On November 21, 2014, the Court entered an *Order Granting Relief Under 11 U.S.C. § 303(h)* [Docket No. 14].

5.      The Trustee was appointed as the interim trustee on November 21, 2014 [Docket No. 15], and became the permanent trustee at the meeting of creditors pursuant to 11 U.S.C. § 341 held and concluded on January 7, 2015.

### *Identification of Property*

6.      The Trustee has recovered for the benefit of the estate certain personal property of the Debtor (the "Property"), which is currently being stored and maintained by Statewide Auction Company ("Statewide").  The Property is primarily that property which the Debtor listed

2

on its Schedule B of its Statements filed with the Bankruptcy Court on December 8, 2014

[Docket No. 21] and generally includes miscellaneous automotive shop equipment and

miscellaneous office equipment listed on the attached <u>Exhibit 1</u>.[1]

7.      The Trustee, however, makes no representation or warranty, express or implied, at

law or in equity, including with respect to title, merchantability or fitness for any particular

purpose. Buyer acknowledges that it is purchasing the Property on an "as is, where is, if is, with

all faults" basis and disclaims all warranties or gurarantees, express or implied.[2]  Specifically, the

Trustee makes no representation or warranty that all of the Property listed on the attached

<u>Exhibit 1</u> exists or is in the possession and control of Statewide.[3]

8.      Performance Auto IV, LLC (the "<u>Buyer</u>"), has offered to purchase the Property,

sight unseen, for the amount of $3,500.00, subject to higher and better offers.[4]

9.      Buyer understands and acknowledges that the sale contemplated herein is subject

to Bankruptcy Court approval.

10.      There are no known liens on the Property.

### *Competing Offers*

11.      As stated above, the sale of the Property to Buyer is subject to higher and better

offers.  If the Trustee receives an offer for the Property that she deems, in her sole and absolute

discretion, to be higher and better (a "<u>Qualified Offer</u>") prior to the expiration of the Bid

Deadline (defined below), then the Trustee will give written notice to Buyer, as well as to any

other parties that have submitted a Qualified Offer, of her intent to conduct an auction of the

---

[1] Hunt Declaration at ¶ 5.
[2] Hunt Declaration at ¶ 6.
[3] *Id.*
[4] *Id.*

3

Property.  Any auction of the Property will be conducted by the Trustee on <u>May 14, 2015 at 2:00</u>

<u>p.m. (Mountain Time)</u> at the business location of the Trustee's auctioneer, Statewide, at 155

North 1000 West, Salt Lake City, UT 84116.[5]  Persons or entities desiring to take part in the

auction must attend the auction in person.

12.     If an auction is held relating to the Property, the Trustee shall determine, in her

sole and absolute discretion, which offer made at the auction constitutes the highest and best

offer.  Immediately thereafter, the Trustee shall report the results of the auction by filing a Notice

of Auction Sale with the Court, and it will be the sale to the winning auction bidder for which

Court approval shall be sought pursuant to this Motion.[6]

13.     To be a Qualified Offer, the offer must:  (a) be submitted to the Trustee in writing

so that it is <u>received by the Trustee and her undersigned counsel by no later than</u> **May 11, 2015**

**at 5:00 p.m. (Mountain Time)** (the "Bid Deadline"); and (b) be accompanied with proof of

ability to pay for the Property.

14.     In the event of an auction, no offer will be deemed to be a winning bid unless the

bidder has taken part in the auction in person and submits proof sufficient to the Trustee that it

has immediate ability to pay for the Property in available funds.

15.     If no higher or better offers are received by the Trustee prior to the Bid Deadline,

Buyer shall be the buyer of the Property for purposes of this Motion, subject only to Court

approval.

---

[5] Hunt Declaration at ¶ 9.
[6] Hunt Declaration at ¶ 10.

4817-5476-7139\1

*Intended Distribution of Proceeds*

16.     The Trustee seeks approval to pay Statewide moving and storage expenses in an amount not to exceed $725.00 from the proceeds of the sale.[7]

17.     The proceeds will be held by the Trustee pending further order of the Court.

## RELIEF REQUESTED

18.     By this Motion, the Trustee seeks the entry of an Order approving the sale of the Property subject to higher and better offers pursuant to 11 U.S.C. § 363(b) and (f) and Federal Rule of Bankruptcy Procedures 6004.  She also requests that she be authorized to pay moving and storage expenses to Statewide from the gross sale proceeds in an amount not to exceed $725.00.  Finally, she requests that the 14-day stay required under Bankruptcy Rule 6004 be waived to allow for sale of the Property as soon as possible inasmuch as the storage and moving expenses will increase if the property remains with Statewide.

## ARGUMENT

*The Trustee Has Established Grounds for Authorization of the Sale
of the Property Out of the Ordinary Course of Business*

19.     The Bankruptcy Code provides that the "trustee, after notice and a hearing, may use, sell, lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).

20.     In order to approve a trustee's sale of assets outside the ordinary course of business, the trustee must show that:

    a.     a sound business reason exists for the sale;

---

[7] Hunt Declaration at ¶ 1.

4817-5476-7139\1

b.        there has been adequate and reasonable notice to interested parties, including full disclosure of the sale terms and the Debtor's relationship with the buyer;

c.        the sale price is fair and reasonable; and

d.        the proposed buyer is proceeding in good faith.[8]

21.      The Trustee has met all four parts of this test, and accordingly, she respectfully requests that the Court grant the relief requested in this Motion, thereby authorizing the proposed sale of the Property free and clear of interests.

### *Sound Business Purpose*

22.      Courts show great deference to a trustee's decisions.[9] Additionally, a "presumption of reasonableness" attaches to the decisions of those controlling a debtor.[10]

23.      The Trustee submits that the proposed sale of the Property and procedures for accepting a competing offer is based on sound business judgment, and the Trustee has made an independent and informed decision based on her knowledge of the Property that the proposed sale terms and procedures are the best way to maximize the Property's value for the benefit of the Debtor's creditors.[11]

24.      Therefore, in her business judgment, the sale of the Property pursuant to the above terms and procedures is in the best interest of the Debtor's estate.[12]

---

[8] *See In re Med. Software Solutions*, 286 B.R. 431, 439–40 (Bankr. D. Utah 2002).

[9] *See Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B.R. 310, 315 (Bankr. D. Utah 1981).
[10] *In re John-Mansville Corp.*, 60 B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986).
[11] Hunt Declaration at ¶ 7.
[12] Hunt Declaration at ¶ 8.

4817-5476-7139\1

### *Notice of the Proposed Sale Is Appropriate*

25.    Adequate and reasonable notice of the proposed sale of the Property, including a general description of the Property and the terms of the sale, is made to interested parties in the Debtor's case in this Motion and in the Notice accompanying this Motion.

26.    As stated above, the Trustee is not aware of any party that claims an interest in the Property.

27.    The Trustee will serve a Notice of Hearing (the "Notice") upon all creditors and parties-in-interest in the Debtor's bankruptcy case, which Notice shall provide, among other things, notice of the hearing on this Motion, a general description of the Property, the process for submitting higher and better offers, and the material terms of the proposed sale.[13]

28.    The Trustee asserts that the above notice procedures are fair, reasonable, and afford notice as required under the Bankruptcy Code.

### *Fair and Reasonable Price*

29.    The Trustee believes that the sale of the Property as proposed herein is fair, reasonable and will ensure that the estate obtains the highest and best price for the Property. In her business judgment, the Trustee has already received a fair and reasonable offer from Buyer to purchase the Property for $3,500.00, sight unseen.[14] Additionally, if the Trustee receives a Qualified Offer, the auction of the Property will create a competitive bidding process that ensures the Property will be sold for a fair and reasonable price.[15]

---

[13] Hunt Declaration at ¶ 11.
[14] Hunt Declaration at ¶ 8.
[15] Hunt Declaration at ¶ 9.

7

*Good Faith Purchaser*

30.     The proposed sale to Buyer is a sale to a good faith purchaser.[16]  Buyer has already purchased Debtor's Trademarks and accounts receivable in a previous Court-approved sale for a substantial price and was determined, as part of the Order approving that sale, to be a good faith purchaser.[17]

31.     Although the Bankruptcy Code does not define "good faith," the Tenth Circuit has determined in the context of 11 U.S.C. § 363(m) that a "good faith" purchaser is "one that buys in good faith, and for value."[18] Actions that destroy a purchaser's good faith include "fraud, collusion between the purchaser and other bidders or trustee, or an attempt to take grossly unfair advantage of other bidders." [19]

32.     To the best of the Trustee's knowledge, Buyer is a third-party purchaser who has no connections to the Trustee, the Trustee's professionals, the Office of the United States Trustee or its employees, the Debtor or the Debtor's creditors.[20]

33.     Moreover, the sale of the Property to Buyer will be made after full notice to all parties in interest and will be subject to higher and better offers.  Thus, the above auction procedures ensure that the Property is sold to a good faith purchaser for a fair and reasonable value.[21]

---

[16] Hunt Declaration at ¶ 12.
[17] *Id.*
[18] *Tompkins v. Frey (In re Bel Air Assocs., Ltd.)*, 706 F.2d 301, 304 (10th Cir. 1983).
[19] *Id.* at 305 n.11 (citation omitted); *see also In re Lotspeich*, 328 B.R. 209 (10th Cir. BAP 2005).
[20] Hunt Declaration at ¶ 13.
[21] Hunt Declaration at ¶ 11.

4817-5476-7139\1

34.    To the extent that any higher and better offers are received by the Trustee in writing prior to the Bid Deadline and at the subsequent auction, the Trustee will request that such higher and better offer be approved at the hearing on the Motion.[22]

*A Sale of the Property Free and Clear Pursuant to Section 363(f) Is Appropriate*

35.    11 U.S.C. § 363(f) states that a trustee may sell estate property free and clear of interests, if:

a.    applicable non-bankruptcy law permits the sale of such property free and clear of such interest;

b.    such entity consents;

c.    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

d.    such interest is in bona fide dispute; or

e.    such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

36.    Because Section 363(f) is in the disjunctive, the satisfaction of any one of the alternative requirements enumerated therein will warrant the Trustee's proposed sale of the Property free and clear of any and all interests.  Thus, although the Trustee is not aware of any party that claims an interest in the Property, to the extent any party does assert an interest in the Property, satisfaction of any of the foregoing statutory requirements will warrant the Trustee's sale of the Property free and clear of those interests.  The Trustee reserves all rights to respond to interests, if any, asserted in response to this Motion against the Property, and in so doing, the Trustee reserves any and all claims and defenses that the Trustee, the Debtors, or the estate possess with respect to the Property.

---

[22] Hunt Declaration at ¶ 14.

37.    To the extent any party asserts a lien against, or interest in the Property, such party will be adequately protected as the purported lien or interest will attach to the net proceeds of sale.[23]

*Authorization to Pay Costs and For Waiver of the 14-Day Stay*

38.    As part of this Motion the Trustee requests authority to pay moving and storage expenses associated with the sale of the Property, in an amount not to exceed $725.00.

39.    The Trustee submits that good cause exists to waive the 14-day stay provided for in Federal Rule of Bankruptcy Procedure 6004(h) to avoid any further increase of the storage costs owed by the estate.

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Trustee respectfully requests that the Court enter an Order:

**A.**    Authorizing the Trustee to sell the Property, subject to higher and better offers, pursuant to 11 U.S.C. §§ 363(b) and (f) and Federal Rule of Bankruptcy Procedure 6004, pursuant to the terms listed above;

**B.**    Authorizing the Trustee to pay Statewide associated moving and storage costs, not to exceed $725.00, at the time of closing of the sale from the gross sale proceeds; and

---

[23] Hunt Declaration at ¶ 15.

4817-5476-7139\1

**C.** Waiving the 14-day stay provided for in Federal Rule of Bankruptcy Procedure 6004(h).

DATED this 21st day of April, 2015.

**DORSEY & WHITNEY**

*/s/ Lon A. Jenkins*
Lon A. Jenkins (USB #4060)
Peggy Hunt (USB #6060)
Megan K. Baker (USB #15086)
*Attorneys for Chapter 7 Trustee*

4817-5476-7139\1

# EXHIBIT "A"

## Advanced Diagnostic Equipment

| Item | Qty | Price | Details | |
|---|---|---|---|---|
| Master Tech 3100 | 1 | $1,500.00 | 33038549 | |
| Master Tech VCI | 1 | $700.00 | 0820-22200043 | |
| Panasonic ToughBook | 1 | $325.00 | CF-19CHBAXBM | |
| Bosch 6510 Flasher OBDII Reprogrammer | 1 | $72.00 | 0632V00351 | |
| Pico scope 2 channel | 1 | $565.00 | | |
| Vetronix PXA 1100 exhaust analyzer | 1 | $245.00 | s# 54000448 | |
| | | $3,407.00 | | |

## General Shop Equipment

| Item | Qty | Price | Details | Notes |
|---|---|---|---|---|
| Schumacher Battery charger | 1 | $125.00 | mod# SE2352 | |
| SUN VAT40 battery tester | 1 | $190.00 | mod# PTS-40 s# 0586A518 | |
| Mac Tools DVOM | 1 | $75.00 | mod# EM710 | |
| OTC Injection Pulse Tester | 1 | $25.00 | | |
| 6" Bench vise | 1 | $25.00 | | |
| Shop Benches steel | 2 | $250.00 | | |
| Collapsable engine Hoist | 1 | $95.00 | | |
| Adjustable Engine Lift bar & Chain | 1 | $125.00 | | |
| 4 Ton under car Jack Stands | 4 | $80.00 | | |
| 1500 lb Deadmans under vehicle stands | 4 | $120.00 | | |
| 3.5 Ton Floor Jack | 1 | $65.00 | Pro X One | |
| Snap On Gasoline Motorvac | 1 | $0.00 | | Needs Repairs |
| 2 lamp shop light | 1 | $45.00 | | |
| Sabre Flourscent reel light | 1 | $30.00 | | |
| Yellow coiled air hose 20" | 1 | $10.00 | | |
| Blue air hose | 1 | $10.00 | | |
| Black Air Hose | 1 | $10.00 | | |
| shop ladder 10" Orange Fiberglass | 1 | $50.00 | | |
| 6" Ryobi bench grinder and stand | 1 | $65.00 | s#W0541 07756 | |
| KD portable ignition pulse inducer | 1 | $12.00 | 2632 | |
| Waekon Cooling System Pressure Tester & Adapt | 1 | $115.00 | | |
| ATD Low Rider Creeper | 1 | $10.00 | | |
| 2 Halogen lamp shop light on stand | 1 | $25.00 | | |
| Shop Vacuum w 20' Hose | 1 | $35.00 | | |
| Snow Shovels | 3 | $15.00 | | |
| 24" Floor Squeegee | 1 | $15.00 | | |
| Plastic Dust pan | 1 | $3.00 | | |
| 24" Floor Dust mop | 1 | $5.00 | | |
| Push broom | 1 | $5.00 | | |
| Dust brooms | 2 | $6.00 | | |
| | | $1,641.00 | | |

## Lube Equipment

| Item | Qty | Price | |
|---|---|---|---|
| Oil drain cart pressurized | 1 | $95.00 | |
| Oil drain funnel trans | 1 | $2.00 | |
| Wide Auto Transmission Drain pan adapter | 1 | $7.00 | |
| Green coolant drain pan | 2 | $7.00 | |
| Alemite Pneumatic grease gun | 1 | $65.00 | |
| Manual Pump Grease gun | 1 | $10.00 | |
| Fluid suction gun | 1 | $5.00 | |
| Transmission Funnel | 1 | $2.00 | |
| Oil filter cap wrench | 1 | $6.00 | |
| small band oil filter wrench black | 1 | $6.00 | |
| | | $205.00 | |

## Fixed Shop Equipment

| Item | Qty | Price | Details |
|---|---|---|---|
| 5 hp compressor IR | 1 | $325.00 | mod# 242-5N s# SN30T-557521 |
| Automatic water purge valve | 1 | inc | uninstalled |

| | | | |
|---|---|---|---|
| Water Separator | 1 | inc | uninstalled |
| Gladiator wall mount shop cabinet | 2 | $70.00 | |
| Gladiator tall shop cabinet | 2 | $130.00 | |
| Gladiator short shop cabinet with bench top | 1 | $90.00 | |
| | | $615.00 | |

## Hand Tools & Box

| | | | |
|---|---|---|---|
| 7 Drawer Armstrong Roll away Box (Bottom) | 1 | $200.00 | |
| 3' Napa pry bar | 1 | $7.00 | PB-15 |
| Gasket Scraper black handle | 1 | $3.00 | KD485 |

### Open and Box End Combo Wrench

| | | | |
|---|---|---|---|
| 7mm-21mm  set | 1 | $32.00 | Napa Professional |
| 1/4"-1"  set | 1 | $41.00 | Napa Professional |

### Line Wrench Combo

| | | | |
|---|---|---|---|
| 7/8" - 3/4" | 1 | | NDF556 Napa |
| 11/16" - 5/8" | 1 | | NDF554 Napa |
| 1/2" - 9/16" | 1 | | NDF552 Napa |
| 3/8" - 7/16" | 1 | | NDF550 Napa |
| 10mm - 11mm | 1 | | NDF528 Napa |
| 11mm - 12mm | 1 | | NDF530 Napa |
| 13mm - 14mm | 1 | | NDF532 Napa |
| 15mm - 17mm | 1 | | NDF534 Napa |
| 16mm - 18mm | 1 | | NDF535 Napa |
| 19mm - 21mm | 1 | | NDF536 Napa |
| | | $135.00 | |

### Misc Wrenches

| | | | |
|---|---|---|---|
| .005 - 3/8" Standard 90 Degree Allen wrench set | 1 | | Titan |
| 1.5mm - 10mm 90 Degree Allen wrench set | 1 | | Titan |
| 12" Adjustable Wrench (Crescent) | 1 | | AW-12 Napa |
| | | $15.00 | |

### 1/4 Drive Socket

| | | | |
|---|---|---|---|
| NAPA 1/4 Drive 6 point Deep 4mm - 13mm | 1 | | |
| NAPA 1/4 Drive 6 point Shallow 4mm - 13mm | 1 | | |
| NAPA 1/4 Drive 6 point Deep 3/16" - 1/2" | 1 | | |
| NAPA 1/4 Drive 6 point Shallow 5/32" - 1/2" | 1 | | |
| | | $70.00 | |

### 3/8 Drive Socket

| | | | |
|---|---|---|---|
| NAPA 3/8 Drive 6 point Deep 3/8" - 7/8" | 1 | | |
| NAPA 3/8 Drive 6 point Shallow 5/16" - 13/16" | 1 | | |
| NAPA 3/8 Drive 6 point Deep 9mm - 19mm | 1 | | |
| NAPA 3/8 Drive 6 point Shallow 8mm - 19mm | 1 | | |
| | | $70.00 | |

### 1/2 Drive Socket

| | | | |
|---|---|---|---|
| NAPA 1/2 Drive 6 point Deep 1/2" - 1 1/8" | 1 | | |
| NAPA 1/2 Drive 6 point Shallow 3/8" - 1 1/4" | 1 | | |
| NAPA 1/2 Drive 6 point Shallow 10mm - 24mm | 1 | | |
| | | $90.00 | |

### Specialty Socket

| | | | |
|---|---|---|---|
| 1/2" Drive to 3/8" Drive Adapter | 1 | | |
| 1/2" Drive to 3/4" Drive Adapter | 1 | | |
| 3/8" Drive to 1/4" Drive Adapter | 1 | | |
| 3/8" Drive to 1/2" Drive Adapter | 1 | | |
| 1" Drive to 3/4" Drive Adapter | 1 | | |
| 1/2" Drive Universal Swivel Socket | 1 | | |
| 3/8" Drive Universal Swivel Socket | 1 | | |
| 1/4" Drive Universal Swivel Socket | 1 | | |
| Set 1/4" Drive Protected Torx Bits #10 - #40 | 1 | | |
| set (7) 3/8" Drive Allen sockets 1/8" - 3/8" | 1 | | Armstrong |
| | | $65.00 | |

### Ratchet, Breaker Bar, Extension

| | | |
|---|---|---|
| 1/4" Drive Ratchet | 1 | |
| 3" Long 1/4 Drive Extention | 1 | |
| 6" Long 1/4 Drive Extention | 1 | |
| 3/8" Drive Ratchet | 1 | |
| 10" Long 3/8" Drive Extention | 1 | |
| 6" Long 3/8" Drive Extention | 1 | |
| 3" Long 3/8" Drive Extention | 1 | |
| 1/2" Drive Ratchet | 1 | |
| 1/2" Drive Breaker Bar | 1 | |
| 10" Long 1/2" Drive extention | 1 | |
| 6" Long 1/2" Drive Extention | 1 | |
| 3" Long 1/2" Drive Extention | 1 | |
| | $72.00 | |

**Plier Cutter (Graph)**

| | | |
|---|---|---|
| Blue Napa Vise grip | 1 | Napa P831 |
| Channel Lock Plier | 1 | Napa P31 |
| Regular pliers | 1 | Napa P29 |
| Needle Nose Plier | 1 | Napa 582 |
| Misc Yellow Handle side cutter | 1 | |
| Mac Wire Stripper | 1 | TCT15E |
| Thomas Bett Wire Striping Plier | 1 | |
| Misc Wire stripper/Crimper | 1 | |
| Ideal Master CAT5 Cable Crimper | 1 | |
| Hose Pliers | 1 | KD |
| Yellow Hose Cutting Scissors | 1 | |
| | $45.00 | |

**Drill Impact / Air Tools**

| | | |
|---|---|---|
| 1/4 ATD air wrench Engraved | 1 | s# 2009 03000029 |
| Black & Decker Cordless Drill | 1 | |
| Dewalt Drill Bits & Index 1/16" - 1/2" | 1 | |
| Electric 110V Impact Wrench 1/2 | 1 | |
| | $240.00 | |

**Hammer Chisel Punches**

| | | |
|---|---|---|
| Carpenters Claw Hammer | 1 | |
| 2lb rubber hammer | 1 | Armstrong |
| Brass Hammer | 1 | USA 8111 |
| Ball Peen Hammer | 1 | Napa FH16 |
| 3/4" wide Chisel | 1 | Napa 926 |
| 1/2" wide Chisel | 1 | Napa 9259 |
| 3/8" wide Chisel | 1 | Armstrong 70-305 |
| 3/16" Pin Punch | 1 | Napa 957 |
| 5/32" Pin Punch | 1 | Napa 956 |
| Center Punch | 1 | Armstrong 70-231 |
| | $38.00 | |

**Screwdriver Torx Driver Bits**

| | | |
|---|---|---|
| 8" Long 3/8" flat tip screwdriver | 1 | Echlin NHTDW28 |
| 4" Long 1/4" flat tip screwdriver | 1 | Echlin N |
| 4" Long #2 Phillips screwdriver | 1 | Echlin NHTDPW4 |
| 3" Long #1 Phillips screwdriver | 1 | Echlin NHTDPW3 |
| 2 3/8" Long #0 Phillips screwdriver | 1 | Echlin NHTDPW40 |
| 2.5" long Straight blade | 1 | Echlin' NHTDW14? |
| 1" long stubby straight blade | 1 | Echlin' NTHDW42 |
| 1" long stubby #2 phillips | 1 | Echlin' NHTDPW42 |
| 6" Long Black unknown 1/4" straight tip screw drv | 1 | |
| 1" Wide Gasket scraper Black Handle | 1 | KD485 |
| GM #20 Torx driver | 1 | 23666 T20X4" |
| GM #154 Torx driver | 1 | 23664 T15X4" |
| Misc 6" Long Red/Clear handle 1/4" straight tip drv | 1 | KAL9605 |
| Misc 6" Long Yellow handle 1/4" straight tip drv | 1 | Easco 40325 |
| 4" Long #2 Phillips screwdriver | 1 | Craftsman 41295WF |
| 3" Long #3 Phillips screwdriver | 1 | Klein 32476 |
| 4" Long 3/16" wide straight blade screw driver | 1 | 688-929 |
| 3" Long #1 Phillips screwdriver orange | 1 | SnapOn SDDP31 |
| 1" Long #2 Phillips screwdriver orange | 1 | SnapOn SDDP22 |
| Set TEKTON Torx bit screw drivers #10-#30 | 6 | TEKTON |

| | | | |
|---|---|---|---|
| Set of 4 Dentist Picks | 1 | | Tekton |
| Carb adjusting tool w multiple bits | 1 | | KD? |
| | | $155.00 | |

**Brake Specialty**

| | | | |
|---|---|---|---|
| Brake Adjuster Spoon | 1 | | KD295 |
| Brake Spring Pliers | 1 | | KD298 |
| Brake Shoe Hold Down Spring Tool | 1 | | KD2774 |
| | | $15.00 | |

**Measuring/Precision Mechanical**

| | | | |
|---|---|---|---|
| Feeler Gage | 1 | | KD2223 |
| Stainless Steel Ruler | 1 | | KD2522 |
| Poly Square 6" 90 degree straight edge | 1 | | |
| | | $15.00 | |

**Battery Tools**

| | | | |
|---|---|---|---|
| Battery Cleaning Rasp + | 1 | | |
| Battery Cleaning Brush | 1 | | |
| Battery Top Mount terminal Puller | 2 | | |
| Battery Terminal Spreading Plier top mount style | 1 | $10.00 | |
| | | $1,318.00 | |

**Pullers**

| | | | |
|---|---|---|---|
| Clutch Pilot Bearing Removal tool | 1 | $12.00 | Power Built 648619 |
| Pittman Arm Puller | 1 | $35.00 | |
| GM Steering Wheel interlock plate depressor | 1 | $15.00 | Power Built 648466 |
| Power Steering Pulley Removal/Install Set | 1 | $18.00 | Car Quest |
| Power Built 3" deep 3 jaw Bearing Puller | 1 | $45.00 | Power Built |
| | | $125.00 | |

**Misc/Front end**

| | | | |
|---|---|---|---|
| misc 5/8" wide 6" long metal file | 1 | | |
| Misc 1" wide 8" long wood rasp file | 1 | | |
| Misc Stubby drill set set of 5 for below set | 1 | | unknown |
| Misc Stud/Bolt extractor set of 5 | 1 | | unknown |
| MISC test light probe | 1 | | |
| Telescoping Inspection Mirror | 1 | | KD2108 |
| Tubing Flaring tool set | 1 | | HB-FT |
| Tubing Cutter 3mm - 22mm | 1 | | Superior 35078 |
| Spring loc line Disconnect set | 1 | | Power Built |
| Spark Plug thread chaser 14mm & 18mm | 1 | | |
| Wooden handle wire brush | 1 | | KD2310 |
| Power Built Spring lock release tool set | 1 | | |
| Air blow gun | 1 | | |
| Tire plug insert tools | 3 | | |
| Caulking gun | 1 | | |
| Misc Pressure gages | 2 | | |
| Hydrocarbon Test set | 1 | | |
| 4" round Wire brush for power drill | 1 | | |
| Propane torch nozzle tip | 1 | | Bernzomatic JTH-7 |
| Mighty Vac Hand Vacuum Pump | 1 | | MV8000 |
| Master Appliance Butane Soldering Iron | 1 | | |
| Heel Bar | 1 | | Napa PB-15 |
| Safety Glasses | 2 | | |
| Innova Timing Light | 1 | | 3851 |
| PowerBuilt 4X4 hub socket kit | 1 | | #11 |
| Misc Hub nut Sockets 4X4 (2 9/16") | 1 | | |
| Misc Hub nut Sockets 4X4 (2 3/4") | 1 | | |
| Napa Hack Saw 10" | 1 | | HSF-14 |
| hack saw 10" | 1 | | PowerBuilt |
| linoleum roller 6" | 1 | | |
| cat 5 cable end pliers | 1 | | |
| | | $370.00 | |

**Classroom Equipment**

| | | | |
|---|---|---|---|
| DA Lite motor screen Grey Background | 1 | $105.00 | |
| Epson Video Projector | 1 | $215.00 | |
| Misc SVGA amplifier | 1 | $35.00 | |

| Item | Qty | Price |
|---|---|---|
| Insignia Audio Receiver | 1 | $15.00 |
| Computer AV Presentation tool | 1 | $12.00 |
| VHS Player | 1 | $25.00 |
| Heavy amp 20' Extention cord | 2 | $10.00 |
| 50' Extention cord | 1 | $15.00 |
| Belkin Video switch 4 port | 1 | $10.00 |
| Optimus wireless microphone | 1 | $35.00 |
| Radioshack FM Microphone reciever | 1 | $20.00 |
| Logitec web camera | 1 | $25.00 |
| Shure ceiling Microphone | 1 | $75.00 |
| G-Glide Preamp audio mixer | 1 | $90.00 |
| Lectern | 1 | $12.00 |
| Classroom Desks | 10 | $150.00 |
| Classroom Chairs | 20 | $200.00 |
| 2' X 8' Table | 1 | $25.00 |
| 3' X 5' Table | 1 | $25.00 |
| Parts Plus bar stool | 1 | $15.00 |
| 6" flush ceiling speakers for sound system | 4 | $80.00 |
| 10' White board | 1 | $50.00 |
| Office cubicle wall dividers & Hardware 5' X 4' | 4 | $140.00 |
| Office cubicle wall dividers & Hardware 5' X 4' | 3 | $105.00 |
| 1394 Over Cat 5 amplifier | 1 | $65.00 |
| | | $1,554.00 |

### Computer Phone & Network Equipment

| Item | Qty | Price |
|---|---|---|
| Laptop computer Nick | 1 | $50.00 |
| Desktop PC Nick | 1 | $125.00 |
| Laptop Computer Boyd | 1 | $50.00 |
| Laptop Computers Robbie | 2 | $125.00 |
| Dell Desktop PC Quick Books | 1 | $50.00 |
| 4 port router Robbies desk | 1 | $25.00 |
| 4 Port USB hub Robbies Desk | 1 | $25.00 |
| 250 G portable hard drive Robbie | 1 | $15.00 |
| 750 G portable hard drive Robbie | 1 | $45.00 |
| 16 port hub switch | 1 | $3.00 |
| 4 port firewall & Hub w/VPN | 1 | $35.00 |
| Stand alone PC Keyboard, mouse, | 1 | $10.00 |
| Message on Hold Player MP# | 1 | $10.00 |
| Shop Wireless Access Point | 1 | $35.00 |
| Telephone router & message system | 1 | $30.00 |
| HP P2015 Laser Printer | 1 | $75.00 |
| Polycom Sound station phone | 1 | $25.00 |
| Polycom ViaVideo system | 1 | $15.00 |
| | | $748.00 |

### Office Equipment

| Item | Qty | Price |
|---|---|---|
| Ibico Comb binding machine | 1 | $50.00 |
| Ingento Paper cutter | 1 | $15.00 |
| Inventory racks 4' wide, 6' high 12" deep 20 shelves | 4 | $100.00 |
| Inventory racks 4' wide, 7' high 2' deep 12 shelves | 2 | $50.00 |
| HON 4 drawer file cabinets | 4 | $100.00 |
| Fireproof file chests 4 drawer | 1 | $150.00 |
| upright 5 drawer file cabinet "side entry" | 1 | $130.00 |
| coffee maker | 1 | $15.00 |
| Microwave Sanyo | 1 | $15.00 |
| Misc office desks/file cradenzas/cabinets | 4 | $600.00 |
| 10" conference table | 1 | $50.00 |
| Blue upholstered conference chairs | 12 | $240.00 |
| HP 2600n Color Laser Robbie | 1 | $60.00 |
| HP 1100 Laser printer Receptionist | 1 | $25.00 |
| High back upholstered waiting room chairs | 2 | $150.00 |
| Office desk chairs | 5 | $75.00 |

### Miscellaneous

| Item | Qty | Price |
|---|---|---|
| Printer Bag | 1 | $5.00 |
| Large Hockey bag | 1 | $35.00 |
| 5" X 7" Silver picture frames | 2 | $6.00 |
| | | $1,871.00 |